# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jacam Chemical Company 2013, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Arthur H. Shepard Jr. and Geo Chemicals LLC, | ) Case No. 1:19-cv-093 |
| Defendants. | ) |

Before the court is a Stipulation to Allow Geo Chemicals, LL Expedited Discovery. The court **ADOPTS** the parties' stipulation (Doc. No. 34) and authorizes Defendant Geo Chemicals, LLC to immediately serve up to 10 requests for production on plaintiff. Plaintiff shall have until July 22, 2019, to respond to these requests.

**IT IS SO ORDERED.**

Dated this 1st day of July, 2019.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court