# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jacam Chemical Company 2013, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER FOR STATUS CONFERENCE** |
| ) | |
| Arthur H. Shepard, Jr. and Geo ) | |
| Chemicals, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| v. ) | Case No. 1:19-cv-093 |
| ) | |
| CES Energy Solutions, Corp, ) | |
| ) | |
| Third-Party Defendant. ) | |

A status conference will be held before the magistrate judge on November 12, 2019, at 10:00 a.m. CST. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 7th day of November, 2019.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court