# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jacam Chemical Company 2013, LLC, | **ORDER FOR STATUS CONFERENCE** |
| vs. | |
| Arthur H. Shepard Jr., et al., | Case No. 1:19-cv-93 |
| Defendants. | |

**IT IS ORDERED:**

A status conference will be held before the magistrate judge on July 28, 2020 at 9:00 AM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

**Tel. No.: (877) 810-9415**

**Access Code: 8992581**

Dated this 13th day of March, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court