# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jacam Chemical Company 2013, LLC, | |
| Plaintiff, | **ORDER FOR STATUS CONFERENCE** |
| vs. | |
| Arthur H. Shepard, Jr., and Geo Chemicals, LLC, | |
| | Case No.: 1:19-cv-93 |
| Defendant. | |

**IT IS ORDERED**:

The court shall hold a status conference by telephone before the magistrate judge on June 11, 2020, at 9:00 AM (CST). To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 8th day of June, 2020.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court

1